UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>300 EXHIBIT SERVICES & EVENTS, INC., etc., *et al.*,<br><br>　　　　Defendant, | 2:09-cv-1895-HDM-RJJ<br><br>O R D E R |

　　　This matter is before the undersigned Magistrate Judge on a Motion to Withdraw as Attorney of Record For Defendant 300 Exhibit Services & Events, Inc. (#19).

　　　The Court having reviewed the Motion (#19) and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw (#19) is scheduled for August 6, 2010, at 3:30 PM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

　　　IT IS FURTHER ORDERED that a representative of Defendant 300 Exhibit Services & Events, Inc., must be present in Court for this hearing. Failure to appear will result in an Order to Show Cause being issued by the Court.

　　　IT IS FURTHER ORDERED that counsel for said defendant shall serve a copy of this Order and a copy of the Motion to Withdraw (#19) on the defendant by personal service or service by certified mail, return receipt requested. Counsel is advised that there are NO

. . . .

1 | EXCEPTIONS to these service requirements. Proof of service must be filed with the court prior
2 | to the scheduled hearing.
3 |      DATED this __20th__ day of July, 2010.

                                            _____
                                            ROBERT J. JOHNSTON
                                            United States Magistrate Judge