# Exhibit 4

1  Adam P. Segal, Esq., Nevada Bar No. 6120
   Dana B. Krulewitz, Esq., Nevada Bar No. 11180
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, Nevada 89106-4614
   Telephone: (702) 464-7000
4  Facsimile: (702) 382-8135

5  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>300 EXHIBIT SERVICES & EVENTS, INC., an Illinois corporation; and PLATTE RIVER INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:09-cv-1895-HDM-RJJ<br><br>**ORDER GRANTING MOTION TO COMPEL CONTRACT COMPLIANCE REVIEW** |

The Court, having regularly considered the above-named Plaintiff's Motion to Compel Contract Compliance Review ("Motion") and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDICATED AND DECREED that the Motion is granted as follows:

1. Defendant 300 Exhibit Services & Events, Inc. ("300 Exhibit") is ordered to immediately cooperate with the Plaintiff by providing any information and documentation that may be necessary to permit Plaintiff or its designees to perform a review of 300 Exhibit's books and records for the period of May 2008 through the present; and

2. 300 Exhibit shall deliver to Plaintiff's counsel within fourteen (14) days of entry of this Order, the following documents:

////

////

a. 300 Exhibit's Nevada State Employers Quarterly Contribution and Wage Reports, including but not limited to, the list of wages paid showing employees and gross earnings, for the period of May 2008 through the present;

b. 300 Exhibit's list of all employees who worked in Southern Nevada and their job classification for May 2008 through the present;

c. 300 Exhibit's payroll records showing all Southern Nevada employees, their hours and earnings, broken out by month, for May 2008 through the present;

d. 300 Exhibit's monthly multiemployer trust fund remittance reports (to any multiemployer trust fund) for May 2008 through the present;

e. 300 Exhibit's chart of accounts for May 2008 through the present;

f. 300 Exhibit's list of clients and jobs, including information showing any general contractor or subcontractor agreements, the names of the projects, the type of work performed on each project and the number of hours spent on each project, for May 2008 through the present;

g. 300 Exhibit's employee time sheets showing hours worked by job or project from May 2008 through the present;

h. 300 Exhibit's job cost reports showing hours worked by job or project for May 2008 through the present;

i. 300 Exhibit's Federal 1099 forms for May 2008 through the present; and

////

////

////

////

////

////

////

j. Any other records reasonably necessary to determine the amount of hours and type of work performed by each of 300 Exhibit's employees for the period of May 2008 through the present.

DATED and DONE this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Approved and Submitted by:

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: /s/ Dana Krulewitz
Adam P. Segal, Esq., Nevada Bar No. 6120
Dana B. Krulewitz, Esq., Nevada Bar No. 11180
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

Attorneys for Plaintiffs