**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>300 EXHIBIT SERVICES & EVENTS, INC., an Illinois corporation; and PLATTE RIVER INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:09-cv-1895-HDM-RJJ<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE 300 EXHIBIT'S ANSWER; and**<br><br>**ORDER FOR 300 EXHIBIT TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED; and**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE JOINT PRETRIAL ORDER (Second Request); and**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE (Second Request)** |

Before the Court are Plaintiffs', the Trustees of the Teamsters Local 631 Security Fund for Southern Nevada ("Security Fund"), various Motions seeking relief from 300 Exhibit Services & Events, Inc. ("300 Exhibit"). The Security Fund filed its Motion to Strike 300 Exhibit's Answer,[1] Motion to Default 300 Exhibit,[2] Motion to Continue Joint Pretrial Order (Second Request),[3] and Motion to Extend Dispositive Motion Deadline (Second Request).[4] A telephonic hearing on the Security Fund's Motions was held on November 18, 2010, with the Honorable Howard D. McKibben. Ms. Dana Krulewitz appeared on behalf of the Security Fund; however, counsel for

---

[1] Docket No. 27.
[2] Docket No. 28.
[3] Docket No. 29.
[4] Docket No. 30.

1

Platte River Insurance Company and a representative/counsel for 300 Exhibit failed to appear. The Court, having considered the Security Fund's Motions and good cause appearing therefore, it is hereby ORDERED that:

1. The Security Fund's Motion to Strike 300 Exhibit's Answer is granted;

2. The Security Fund's Motion for Entry of Default is stayed pending a hearing set for December 15, 2010, at which time 300 Exhibit is Ordered to appear and show cause why default should not be entered against it. The hearing is set for 11:45 a.m. in Courtroom 7-C at the Lloyd D. George U.S. Courthouse, located at 333 Las Vegas Blvd. South, Las Vegas, NV 89101;

3. The Security Fund's Motion to Continue Joint Pretrial Order (Second Request) is granted indefinitely; and

4. The Security Fund's Motion to Extend the Dispositive Motion Deadline (Second Request) is granted indefinitely.

If 300 Exhibit fails to appear on December 15, 2010, the Court will grant the Security Fund's Motion for Entry of Default and enter default against 300 Exhibit.

IT IS SO ORDERED.

DATED this 19th day of November, 2010

_____
UNITED STATES DISTRICT JUDGE