# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>                                  Plaintiffs,<br><br>vs.<br><br>300 EXHIBIT SERVICES & EVENTS, INC., an Illinois corporation; and PLATTE RIVER INSURANCE COMPANY,<br><br>                                  Defendants. | Case No.  2:09-cv-01895-HDM-RJJ<br><br>**ORDER GRANTING DEFAULT JUDGMENT AGAINST 300 EXHIBIT SERVICES & EVENTS, INC.** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant 300 Exhibit Services & Events, Inc. ("300 Exhibit"). A hearing on Plaintiffs' Motion was held on January 20, 2011, the Honorable Howard D. McKibben presiding. Mr. Adam Segal, Esq. appeared on behalf of the Plaintiffs and Mr. Willi Siepmann, Esq. appeared on behalf of Platte River Insurance Company. No representative/counsel for 300 Exhibit appeared.

The Court, having considered the Plaintiffs' Motion and good cause appearing therefore, finds the following:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against 300 Exhibit in the amount of $410,256, representing delinquent contributions, liquidated damages, interest, administrative fees, attorney fees and costs, and court costs to the

1  Plaintiffs.

2      IT IS FURTHER ORDERED that Plaintiffs' request for anticipated attorney's fees and costs of executing the judgment, in the amount of $5,000, is denied without prejudice.

    IT IS FURTHER ORDERED that Plaintiffs shall have 180 days from the date of the hearing on the motion for default judgment in which to file a motion for attorney's fees and costs incurred in execution of the judgment.

    DATED this 28th day of January, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE