**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
TRUSTEES OF TEAMSTERS LOCAL 631   )   2:09-cv-01895-HDM-RJJ
SECURITY FUND FOR SOUTHERN        )
NEVADA,                           )
                                  )
            Plaintiff,            )   ORDER
                                  )
vs.                               )
                                  )
300 EXHIBIT SERVICES & EVENTS,    )
INC., and PLATTE RIVER INSURANCE  )
COMPANY,                          )
                                  )
            Defendants.           )
_____)
```

On November 18, 2010, the court granted the plaintiff's motion for an extension of time in which to file dispositive motions and the joint pretrial order and extended the deadline indefinitely pending further order of the court. On January 20, 2011, the court granted the plaintiff's motion for default judgment against defendant 300 Exhibit Services & Events. Accordingly, the only remaining defendant is Platte River Insurance Company. The court hereby resets the deadlines for filing dispositive motions and the

1

joint pretrial order in this action.  The parties shall have up to and including March 4, 2011, in which to file dispositive motions, and up to and including April 4, 2011, in which to file the pretrial order.  In the event dispositive motions are filed, the date for filing the pretrial order shall be suspended until 30 days after a decision on the dispositive motions or further order of the court.

**IT IS SO ORDERED.**

DATED: This 3rd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE

2