**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>300 EXHIBIT SERVICES & EVENTS, INC., an Illinois corporation; and PLATTE RIVER INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:09-cv-01895-HDM-RJJ<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO DISMISS PLATTE RIVER INSURANCE COMPANY WITH PREJUDICE** |

Plaintiffs, the Trustees of the Teamsters Local 631 Security Fund for Southern Nevada ("Security Fund") and Defendant, Platte River Insurance Company ("Platte"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. The Security Fund and Platte having reached settlement in this case;

2. The Security Fund's claims against Platte are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

///

///

///

///

///

1

3.       Each party shall bear its own attorney's fees and costs incurred herein.

Dated this 23rd day of February, 2011.                    Dated this 23rd day of February, 2011.

BROWNSTEIN HYATT FARBER                                   FAUX LAW GROUP
SCHRECK, LLP

/s/ Dana B. Krulewitz                                     /s/ Willi Siepmann
Adam P. Segal, Esq.                                       Willi Siepmann, Esq.
Nevada Bar No. 6120                                       Nevada Bar No. 2478
Dana B. Krulewitz, Esq.                                   1540 W. Warm Springs Rd.
Nevada Bar No. 11180                                      Suite 100
100 North City Parkway, Suite 1600                        Henderson, Nevada 89104
Las Vegas, Nevada 89106-4614                              Telephone: (702) 458-5790
Telephone: (702) 382-2101                                 Facsimile: (702) 458-5794
Facsimile: (702) 382-8135

Attorneys for Plaintiffs                                  Attorneys for Defendant Platte River Insurance
                                                          Company

                                         **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE


DATED: February 23, 2011
Case No. 2:09-cv-01895-HDM-RJJ

2